**FILED** WHA
FEB 28 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

**RECEIVED**
FEB 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Dear Clerk

2-26-07

In regards to: Jose M. Avalos Case # CV 08 0949. I recieved notice from the court(s) clerk that my Habeas Corpus petition was filled and that a $5.00 payment fee was required.

I now implore you to please grant me an extencion. Due to the long process for a check to be granted here in C.T.F. Mail-Room. Thank you!

Jerry Sincerely:
Jose M. Avalos

Jose M. Avalos
T.62425.