Graciela Avalos
1190 Polk St.
Salinas, CA 93906

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611016616
Cashier ID: almaceh
Transaction Date: 03/05/2008
Payer Name: JOSE M AVALOS
---------------------------------------
WRIT OF HABEAS CORPUS
  For: JOSE M AVALOS
  Amount:         $5.00
---------------------------------------
MONEY ORDER
  Check/Money Order Num: 101073075051
  Amt Tendered:    $5.00
---------------------------------------
Total Due:        $5.00
Total Tendered:   $5.00
Change Amt:       $0.00

C08-0949 WHA

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```