UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSE MIGUEL AVALOS,

    Plaintiff,

v.

BEN CURRY et al,

    Defendant.

Case Number: CV08-00949 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Miguel Avalos  
T-62425/ RA-321L  
Correctional Training Facility  
PO Box 705  
Soledad, CA 93960-0705

Dated: January 22, 2010

    Richard W. Wieking, Clerk  
    By: D. Toland, Deputy Clerk